**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG VIRGINIA**

IN RE: MICHAEL WAYNE SCRUGGS        CHAPTER 13
                                                                   CASE NO. 07-60657

       Debtor

_____/

**DEBTOR'S MOTION TO REOPEN CASE**

The Debtor by Counsel, requests that the above-captioned case be reopened pursuant to 11 U.S.C. § 350(b) and Bankruptcy Rule 5010 in order to accord relief to the Debtor and in support thereof avers as follows:

1. The Debtor filed bankruptcy pursuant to chapter 13 of the Bankruptcy Code on April 16, 2007.

2. On 5/21/2013, pursuant to United States Code § 1328 and Local Rule 4004-1, the Debtor's case was closed without the issuance of a discharge due to failure of the Debtor to file certification of financial management instruction as required by Bankruptcy Rule 1007.

3. The Debtor completed the required financial management instruction on June 20, 2011, and has received a certification of financial management instruction.

4. The Debtor has paid the appropriate reopening fees along with the filing of this motion. The Debtor has also filed the required Certification of Compliance with 11 U.S.C. Section 1328.

5. The Debtor seeks to reopen the previously closed case in order to file the required certification with the court and requests that the discharge be granted.

WHEREFORE, the Debtor requests that this case be reopened to allow the Debtor to file the certification of financial management instruction with the court and obtain a discharge.

Dated: October 28, 2013          **MICHAEL WAYNE SCRUGGS**

                                         /s/ David Cox

                                         _____
                                         Counsel

Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434-845-2600
VSB#: 38670